**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Willian Miguel Quevedo Lopez,

Petitioner,

v.

Eric Rokosky,

Respondents.

No. CV-26-03915-PHX-SPL (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 4.) In their Response, Respondents state, "Respondents do not oppose Petitioner's request for release at this time." (Doc. 9.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is granted as to his request for release from custody. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two (2) business days of Petitioner's release.

. . . .

. . . .

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 25th day of June, 2026.

Honorable Steven P. Logan
United States District Judge